THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN TAVENNER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | No. C09-1370 RSL<br><br>STIPULATION AND ORDER RE-NOTING MOTION FOR SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE<br><br>*Note on Motion Calendar*: August 22, 2012 |

**STIPULATION**

The parties, through their attorneys, stipulate to entry of the proposed Order submitted concurrently herewith, re-noting Plaintiff Karen Tavenner's Motion for Summary Judgment, and revising the briefing schedule related to the Motion. In support of this request, the parties represent the following to the Court:

1. Plaintiff filed her Motion for Summary Judgment on August 16, 2012 [Dkt. 113], and noted it on the motion calendar for September 7, 2012.

2. Because of professional commitments and the Labor Day holiday, Defendant's counsel have requested additional time to respond to Plaintiff's Motion.

STIPULATION AND ORDER RE-NOTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE
No. C09-1370 RSL                                                              -1-

3. Pursuant to that request, Plaintiff has agreed to re-note her Motion for Summary Judgment to September 21, 2012.

4. The parties have further agreed to revise the briefing schedule on the pending Motion for Summary Judgment, so that (a) Defendant shall file its Opposition to the Motion on or before *September 14, 2012*, and (b) Plaintiff shall file her Reply in Support of the Motion for Summary Judgment no later than the revised noting date of *September 21, 2012*.

Stipulated to and jointly presented by:

| Attorneys for The Talon Group: | Attorneys for Karen Tavenner: |
|---|---|
| SNR DENTON US LLP | BERRY & BECKETT, PLLP |
| /s/ *Gloria E. Labbad* | /s/ *Guy W. Beckett* |
| Gloria E. Labbad (pro hac vice) | Guy W. Beckett |
| 601 South Figueroa Street, Suite 2500 | 1708 Bellevue Ave |
| Los Angeles, California 90017 | Seattle, WA 98122 |
| Telephone: (213) 623-9300 | Telephone: (206) 441-5444 |
| Facsimile: (213) 623-9924 | Facsimile: (206) 838-6346 |
| gloria.labbad@snrdenton.com | gbeckett@beckettlaw.com |
| | |
| Elizabeth T. Ferrick (pro hac vice) | Rob Williamson |
| One Metropolitan Square | WILLIAMSON & WILLIAMS |
| 211 N. Broadway, Suite 3000 | 17253 Agate Street NE |
| St. Louis, Missouri 63102 | Bainbridge Island, WA 98110 |
| Telephone: (314) 241-1800 | Telephone: (206) 780-4447 |
| Facsimile: (314) 259-5959 | Facsimile: (206) 780-5557 |
| elizabeth.ferrick@snrdenton.com | roblin@williamslaw.com |

Stephen M. Rummage (WSBA No. 11168)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
SteveRummage@DWT.com

**ORDER**

IT IS SO ORDERED.

Plaintiff's Motion for Summary Judgment [Dkt. 113] is hereby re-noted to September 21, 2012. The parties shall adhere to the briefing schedule set forth above.

Dated this 27th day of August, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

Presented by:

SNR DENTON US LLP

/s/ *Gloria E. Labbad*
Gloria E. Labbad (pro hac vice)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
gloria.labbad@snrdenton.com

30393268\V-1

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

STIPULATION AND ORDER RE-NOTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE
No. C09-1370 RSL                -3-