THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN TAVENNER, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>      Defendant. | No. C09-1370 RSL<br><br>STIPULATION AND ORDER REGARDING CLASS NOTICE DEADLINES<br><br>*Note on Motion Calendar*: November 21, 2012 |

## **STIPULATION**

The parties, through their attorneys, stipulate to entry of the proposed Order, submitted concurrently herewith, briefly extending the remaining class notice-related deadlines to permit finalization of the class notice mailing list. In support of this request, the parties represent the following to the Court:

1. Pursuant to the Court's Order Regarding Class Notice [Dkt. 130], the parties have negotiated the forms of notice, submitted them to the Court, and obtained the Court's approval [Dkt. 134]; Plaintiffs have retained and identified a class action notice administrator and summarized the information and functions that will be presented on the website [Dkt. 131]; and Defendant has produced data regarding potential class members.

SNR DENTON US LLP
211 N. BROADWAY, SUITE 3000
ST. LOUIS, MISSOURI 63102
(314) 241-1800

2. In the process of conferring regarding the proposed class mailing list, the parties have determined that supplemental data likely will be needed to finalize the list. Defendant is further analyzing its data and, if necessary, will promptly produce a supplemental report to Plaintiff.

3. Under the Order Regarding Class Notice [Dkt. 130], the deadline for Defendant to file a motion objecting to the class notice list is November 26, 2012, and the deadline for Plaintiff to mail notice is December 3, 2012.

4. In light of the parties' continuing efforts to reach agreement on the class notice mailing list, the parties agree that the notice-related deadlines should be extended by a short period of three weeks so that the mailing list can be finalized. The parties do not anticipate that this brief extension will affect the discovery, dispositive motion, and trial-related deadlines that were recently set, as this case is not scheduled for trial until October 7, 2013 [Dkt. 138].

5. Accordingly, the parties propose that the deadlines set forth in the Order Regarding Class Notice be modified to require (a) Plaintiff to generate and provide to Defendant a proposed mailing list by *December 10, 2012*; (b) Defendant to file any motion objecting to that list by *December 17, 2012*; (c) Plaintiff to cause the approved notice to be mailed by first-class mail and, where available, sent by email to members of the classes by *December 24, 2012*; (d) Plaintiff to cause the approved publication notice to be published in the Seattle Times on one weekend day between *December 24, 2012 and January 6, 2013*; and (e) Plaintiff to file a list of all individuals who have opted out from one or more of the classes on or before *February 28, 2013*.

Stipulated to and jointly presented by:

| Attorneys for The Talon Group: | Attorneys for Karen Tavenner: |
|---|---|
| SNR DENTON US LLP | BERRY & BECKETT, PLLP |
| /s/ *Elizabeth T. Ferrick* | /s/ *Guy W. Beckett* |
| Elizabeth T. Ferrick (pro hac vice) | Guy W. Beckett |
| One Metropolitan Square | 1708 Bellevue Ave |
| 211 N. Broadway, Suite 3000 | Seattle, WA 98122 |
| St. Louis, Missouri 63102 | Telephone: (206) 441-5444 |

STIPULATION AND ORDER REGARDING
CLASS NOTICE DEADLINES
No. C09-1370 RSL                                  -2-

| | |
|---|---|
| Telephone: (314) 241-1800<br>Facsimile: (314) 259-5959<br>elizabeth.ferrick@snrdenton.com | Facsimile: (206) 838-6346<br>gbeckett@beckettlaw.com |
| Stephen M. Rummage (WSBA No. 11168)<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br>SteveRummage@DWT.com | Rob Williamson<br>WILLIAMSON & WILLIAMS<br>2239 W Viewmont Way W<br>Seattle, WA 98199<br>Telephone: (206) 466-6230<br>Facsimile: (206) 535-7899<br>roblin@williamslaw.com |

SNR DENTON US LLP
211 N. BROADWAY, SUITE 3000
ST. LOUIS, MISSOURI 63102
(314) 241-1800

STIPULATION AND ORDER REGARDING
CLASS NOTICE DEADLINES
No. C09-1370 RSL                              -3-

# ORDER

IT IS SO ORDERED.

The following deadlines are set: (a) Plaintiff to generate and provide to Defendant a proposed mailing list by *December 10, 2012*; (b) Defendant to file any motion objecting to that list by *December 17, 2012*; (c) Plaintiff to cause the approved notice to be mailed by first-class mail and, where available, sent by email to members of the classes by *December 24, 2012*; (d) Plaintiff to cause the approved publication notice to be published in the Seattle Times on one weekend day between *December 24, 2012 and January 6, 2013*; and (e) Plaintiff to file a list of all individuals who have opted out from one or more of the classes on or before *February 28, 2013*.

Dated this 27th day of November, 2012.

*[signature]*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

SNR DENTON US LLP

/s/ *Elizabeth T. Ferrick*
Elizabeth T. Ferrick (pro hac vice)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
elizabeth.ferrick@snrdenton.com