THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN TAVENNER, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE TALON GROUP, A DIVISION OF FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant. | No. C09-1370 RSL<br><br>STIPULATION AND ORDER REGARDING CLASS NOTICE MAILING LIST<br><br>*Note on Motion Calendar*: December 18, 2012 |

## **STIPULATION**

The parties, through their attorneys, respectfully wish to advise the Court that they are continuing to work to finalize the class notice mailing list. The notice administrator has experienced a delay in compiling the list that necessitates a brief extension of the deadlines set forth in the current Order Regarding Class Notice [Dkt. 142].

Accordingly, the parties stipulate, and request that the Court order, that Plaintiff shall provide the proposed class mailing list to Defendant by January 4, 2013. The parties shall attempt to reach agreement regarding the contents of the mailing list and, if they are unable to do so, they shall notify the Court by January 11, 2013. The remaining class notice-related deadlines specified in the Court's Order of November 27, 2012 [Dkt. 142] shall be extended as

SNR DENTON US LLP
211 N. BROADWAY, SUITE 3000
ST. LOUIS, MISSOURI 63102
(314) 241-1800

follows: (a) Plaintiff to cause the approved notice to be mailed by first-class mail and, where available, sent by email to members of the classes by January 18, 2013; (b) Plaintiff to cause the approved publication notice to be published in the Seattle Times on a weekend day between January 18, 2013 and February 1, 2013; and (c) Plaintiff to file a list of all individuals who have opted out from one or more of the classes by March 25, 2013.

Stipulated to and jointly presented by:

| Attorneys for The Talon Group: | Attorneys for Karen Tavenner: |
|---|---|
| SNR DENTON US LLP | BERRY & BECKETT, PLLP |
| /s/ *Elizabeth T. Ferrick*<br>Elizabeth T. Ferrick (pro hac vice)<br>One Metropolitan Square<br>211 N. Broadway, Suite 3000<br>St. Louis, Missouri 63102<br>Telephone: (314) 241-1800<br>Facsimile: (314) 259-5959<br>elizabeth.ferrick@snrdenton.com | /s/ *Guy W. Beckett*<br>Guy W. Beckett<br>1708 Bellevue Ave<br>Seattle, WA 98122<br>Telephone: (206) 441-5444<br>Facsimile: (206) 838-6346<br>gbeckett@beckettlaw.com |
| Stephen M. Rummage (WSBA No. 11168)<br>DAVIS WRIGHT TREMAINE LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br>SteveRummage@DWT.com | Rob Williamson<br>WILLIAMSON & WILLIAMS<br>2239 W Viewmont Way W<br>Seattle, WA 98199<br>Telephone: (206) 466-6230<br>Facsimile: (206) 535-7899<br>roblin@williamslaw.com |

**ORDER**

IT IS SO ORDERED. Plaintiff shall provide the proposed class mailing list to Defendant by January 4, 2013. The parties shall attempt to reach agreement regarding the contents of the mailing list and, if they are unable to do so, they shall notify the Court by January 11, 2013. The remaining class notice-related deadlines specified in the Court's Order of November 27, 2012 [Dkt. 142] shall be extended as follows: (a) Plaintiff to cause the approved notice to be mailed by first-class mail and, where available, sent by email to members of the classes by January 18, 2013; (b) Plaintiff to cause the approved publication notice to be published in the Seattle Times on a weekend day between January 18, 2013 and February 1, 2013; and (c) Plaintiff to file a list of all individuals who have opted out from one or more of the classes by March 25, 2013.

Dated this 19th day of December, 2012.

Robert S. Lasnik
United States District Judge

Presented by:

SNR DENTON US LLP

/s/ *Elizabeth T. Ferrick*
Elizabeth T. Ferrick (pro hac vice)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959
elizabeth.ferrick@snrdenton.com