The Hon. Robert S. Lasnik

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  | KAREN TAVENNER, on behalf of herself
   | and all others similarly situated,

NO. C09-1370 RSL

Plaintiff,

STIPULATED MOTION AND
ORDER TO MAINTAIN STAY
OF PROCEEDINGS

vs.

THE TALON GROUP, A DIVISION OF FIRST
AMERICAN TITLE INSURANCE COMPANY,

Note on Motion Calendar: May 23,
2013

Defendant.

## STIPULATION

The parties, through their attorneys, respectfully advise the Court that they have agreed that the April 12, 2013 order staying proceedings in this case (Dt. #156), should continue in effect to permit the parties to participate in a second day of mediation with the Hon. William Cahill (Ret.), on July 9, 2013. Therefore, Plaintiffs and Defendant respectfully request that the Court enter the attached Order maintaining the current stay of this case pending the completion of their second day of mediation. By July 19, 2013, the parties will file a Joint Status Report informing the Court of the results of the mediation and, if necessary, suggesting new deadlines for the completion of the litigation.

DATED THIS 23rd day of May, 2013.

DENTONS US LLP
One Metropolitan Square
211 North Broadway, Suite 3000
St. Louis, MO 63102-2750
(314) 241-1800 Fax (314) 259-5959

1    Stipulated to and jointly presented by:

2    Attorneys for The Talon Group:              Attorneys for Karen Tavenner:

3    DENTONS US LLP                              BERRY & BECKETT, PLLP

4    /s/ Elizabeth T. Ferrick                    /s/  Guy W. Beckett

5    Elizabeth T. Ferrick (pro hac vice)         Guy W. Beckett, WSBA #14939
     One Metropolitan Square                     1708 Bellevue Ave
6    211 N. Broadway, Suite 3000                 Seattle, WA  98122
     St. Louis, Missouri 63102                   Telephone:  (206) 441-5444
7    Telephone:  (314) 241-1800                  Facsimile:  (206) 838-6346
     Facsimile:  (314) 259-5959                  gbeckett@beckettlaw.com
8    elizabeth.ferrick@dentons.com

9
     Stephen M. Rummage, WSBA #11168             Rob Williamson, WSBA #11387
10   DAVIS WRIGHT TREMAINE LLP                   WILLIAMSON & WILLIAMS
     1201 Third Avenue, Suite 2200               2239 W Viewmont Way W
11   Seattle, WA 98101-3045                      Seattle, WA  98199
     Telephone: (206) 622-3150                   Telephone:  (206) 466-6230
12   Facsimile: (206) 757-7700                   Facsimile:  (206) 535-7899
     SteveRummage@DWT.com                        roblin@williamslaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND
ORDER TO MAINTAIN
STAY OF PROCEEDINGS  - 2
(NO. C09-1370 RSL)

DENTONS US LLP
One Metropolitan Square
211 North Broadway, Suite 3000
St. Louis, MO  63102-2750
(314) 241-1800  Fax (314) 259-5959

## ORDER

IT IS SO ORDERED.  The stay of proceedings in this action shall continue pending the continuation of the parties' mediation on July 9, 2013.  By July 19, 2013, the parties shall file a status report informing the Court of the results of the parties' second day of mediation and, if necessary, suggesting new deadlines for the completion of the litigation.

Done this 28th day of May, 2013.

*MrT S Lasnik*

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

**Presented by:**

DENTONS US LLP

/s/ *Elizabeth T. Ferrick*
Elizabeth T. Ferrick (pro hac vice)
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri  63102
Telephone:  (314) 241-1800
Facsimile:  (314) 259-5959
elizabeth.ferrick@dentons.com

STIPULATED MOTION AND
ORDER TO MAINTAIN
STAY OF PROCEEDINGS  - 3
(NO. C09-1370 RSL)

DENTONS US LLP
One Metropolitan Square
211 North Broadway, Suite 3000
St. Louis, MO  63102-2750
(314) 241-1800  Fax (314) 259-5959